UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COREY JOSEPH SCHUFF, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-06-2771 |
| | § | |
| SHERIFF TOMMY GAGE, *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED and ENTERED this 24th day of August, 2007.

Kenneth M. Hoyt
United States District Judge